REDACTED COPY

FILED
2018 MAY 16 PM 12: 55
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | Cause No.: |
| | § | |
| v. | § | **INDICTMENT** |
| | § | |
| | § | [Vio: 8 U.S.C. § 1326(a) & (b)(1)/(2): |
| CESAR MERCADO-ESTRADA | § | Illegal Re-entry into the United States.] |
| | § | |

# DR 18 CR 0967

THE GRAND JURY CHARGES:

COUNT ONE
[8 U.S.C. § 1326(a) & (b)(1)/(2)]

That on or about April 21, 2018, in the Western District of Texas, Defendant,

CESAR MERCADO-ESTRADA,

an alien, attempted to enter, entered, and was found in the United States having previously been denied admission, excluded, deported and removed from the United States on or about April 5, 2018, and that the Defendant had not received the consent of the Attorney General of the United States and the Secretary of the Department of Homeland Security, to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a) and (b)(1)/(2).

A TRUE BILL.

FOREPERSON

JOHN F. BASH
United States Attorney

By: _____
PAUL T. HARLE
Assistant United States Attorney

SEALED:
UNSEALED: XX

## PERSONAL DATA SHEET
## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## DEL RIO DIVISION

DR 18 CR 0967

COUNTY: <u>DIMMIT</u>              USAO#: <u>2018R08610</u>

DATE: <u>MAY 16, 2018</u>          MAG. CT. #: <u>DR18-3700M</u>

AUSA: <u>PAUL T. HARLE</u>

DEFENDANT: <u>CESAR MERCADO-ESTRADA</u>

CITIZENSHIP: <u>MEXICO</u>

INTERPRETER NEEDED: <u>YES</u>      LANGUAGE: <u>SPANISH</u>

DEFENSE ATTORNEY: <u>JOSEPH ANTHONY CORDOVA</u>

ADDRESS OF ATTORNEY: <u>2205 VETERANS BLVD. STE. A-2, DEL RIO, TEXAS 78840</u>

DEFENDANT IS: <u>DETAINED</u>       DATE OF ARREST: <u>APRIL 21, 2018</u>

BENCH WARRANT NEEDED: <u>NO</u>

PROBATION OFFICER: <u>N/A</u>

NAME AND ADDRESS OF SURETY: <u>N/A</u>

YOUTH CORRECTIONS ACT APPLICABLE: <u>NO</u>

PROSECUTION BY: <u>INDICTMENT</u>

OFFENSE: (Code & Description): <u>8 U.S.C. § 1326(A)(1) & (B)(1)/(2) - ILLEGAL REENTRY AFTER DEPORTATION.</u>

OFFENSE IS: <u>FELONY</u>

MAXIMUM SENTENCE: <u>20 YEARS IMPRISONMENT; A $250,000 FINE; 3 YEARS OF SUPERVISED RELEASE; AND A $100 SPECIAL ASSESSMENT.</u>

PENALTY IS MANDATORY: <u>YES & NO</u>

REMARKS: <u>See above</u>

W/DT-CR-3